# United States District Court
# Western District of North Carolina
# Statesville Division

| William J. Ayers, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff, | ) | 5:22-cv-00109-MR |
| vs. | ) | |
| Todd Ishee, | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 26, 2023 Order.

April 26, 2023

Frank G. Johns, Clerk
United States District Court